UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:19-cv-0467

**Bryan Cefalu,**
*Plaintiff,*

v.

**City of Gladewater, et al.,**
*Defendants.*

ORDER

Plaintiff Bryan Cefalu, proceeding pro se and in forma pauperis, filed the above-styled and numbered civil rights lawsuit pursuant to 42 U.S.C. § 1983. Doc. 1. The case was referred to United States Magistrate Judge K. Nicole Mitchell, who issued a report and recommendation (Doc. 21) concluding that plaintiff's complaint should be dismissed with prejudice until the *Heck* conditions are met. *Heck v. Humphrey*, 512 U.S. 477 (1994).

Plaintiff filed objections to the report. Doc. 25. His objections reiterate the arguments in his original complaint and are meritless. Having conducted a de novo review of the record and the magistrate judge's proposed findings, the court **adopts** the report and recommendation of the magistrate judge as the opinion of the court. The complaint is **dismissed with prejudice** until the conditions established in *Heck* have been satisfied.

*So ordered by the court on August 3, 2020.*

J. CAMPBELL BARKER
United States District Judge